UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL D. JOHNSON,

     Plaintiff,

  v.

CAROL PORTER,

     Defendant.

Case No. C06-5342RBL

ORDER TO PROVIDE A SIGNED CONSENT FOR RECOVERY OF COSTS

The Court, has reviewed plaintiff's application to proceed in forma pauperis. (Dkt. # 1). Plaintiff meets the criteria for proceeding *in forma pauperis*. However, plaintiff returned the consent for recovery of costs form without filling out the form. (Dkt. # 3). **The court directs the clerk of court to re-send the consent form to plaintiff with a copy of this order.**

Plaintiff will have until **August 11th, 2006** to fill out the form and return it to court. Failure to return the form, or failure to complete the form will result in a Report and Recommendation that the application to proceed *in forma pauperis* be **DENIED**. The clerk is directed to calendar the **August 11th 2006,** date on the court's calendar.

DATED this 17th, day of July, 2006.

          /S/ *J. Kelley Arnold*
          J. Kelley Arnold
          United States Magistrate Judge