UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL JOHNSON,

    Plaintiff,

    v.

CAROL PORTER *et al.*,

    Defendants.

Case No. C06-5342RBL

ORDER GRANTING A SECOND EXTENSION OF TIME

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis*. Plaintiff's original complaint was deficient because the complaint contained no operative facts as to how the only named defendant, Carol Porter, had acted (Dkt. # 8). The court ordered plaintiff to file an amended complaint that named the defendants and tied those defendants to the conduct in the complaint (Dkt. # 9). Plaintiff originally had until September 29th, 2006 to file an amended complaint (Dkt. # 9).

    Plaintiff sought an extension of time and was given until November 10th, 2006 to file his complaint (Dkt. # 13). Plaintiff is having trouble obtaining the information he needs to file a proper

ORDER

1  complaint and he seeks a second extension of time until December 28th, 2006 to gather the names of
2  the defendants (Dkt. # 14).  Plaintiff may not be fully understanding the courts orders. Plaintiff will
3  not only need to find the names of the persons he alleges violated his constitutional rights, he will
4  also have to write a new complaint that tells the court who the people are and what they did or failed
5  to do. Forms should be available in the prison law library to aid plaintiff in preparing his amended
6  complaint.

7  The court **GRANTS** a second extension of time until **January 26th, 2007** for the filing of an
8  amended complaint.  If that complaint does not cure the defects in the original the court will
9  recommend dismissal of this action.

10  The Clerk is directed to send plaintiff a copy of this Order and note the **January 26th, 2007**
11  due date.

13  DATED this 16th day of November, 2006.

15  /S/ J. Kelley Arnold
    J. Kelley Arnold
    United States Magistrate Judge

28  ORDER