UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL JOHNSON,

    Plaintiff,

    v.

CAROL PORTER *et al*.,

    Defendants.

Case No. C06-5342RBL

ORDER DENYING APPOINTMENT OF COUNSEL AND WARNING PLAINTIFF

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis.* The court reviewed the complaint and found it deficient. Plaintiff was ordered to file an amended complaint.(Dkt. # 9). Plaintiff has received extensions of time to file an amended complaint. An amended complaint is due on or before January 26, 2007 (Dkt. # 16).

Since the inception of this action plaintiff has filed at lease three motions asking counsel be appointed in his case. (Dkt. # 10, 12, and 15). As the court has previously explained, there is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616

ORDER

F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. <u>Wilborn</u>, 789 F.2d at 1331.

  Plaintiff has made no showing of likelihood of success on the merits, although the facts in his complaint are sufficient to state a claim. The current complaint is deficient because parties are not named and the facts are not tied to the actions of any named party. Plaintiff has articulated his facts well. Accordingly, Plaintiff's third motion to appoint counsel (Dkt. # 15) is **DENIED**.

  Plaintiff is warned that repetitive motions, once a court has entered a ruling, are improper. No further motion for appointment of counsel will be considered unless plaintiff specifically addresses the standard and shows exceptional circumstances and a likelihood of success on the merits.

  The Clerk is directed to send plaintiff a copy of this Order.

  DATED this 5th day of December, 2006.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER