UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL JOHNSON,

    Plaintiff,

  v.

CAROL PORTER *et al.*,

    Defendants.

Case No. C06-5342RBL

ORDER DENYING FURTHER EXTENSION OF TIME

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). This action was originally filed June 20, 2006. Plaintiff was given leave to proceed *in forma pauperis*. The court reviewed the complaint and found it deficient. Plaintiff was ordered to file an amended complaint (Dkt. # 9). The amended complaint was due September 29, 2006 (Dkt. # 9). On September 18, 2006, the court extended the time for filing an amended complaint until November 10. 2006 (Dkt. # 13). Plaintiff then asked for an extension of time and that motion was granted (Dkt. # 14 and 16). An amended complaint was due on or before January 26, 2007 (Dkt. # 16). On January 17, 2007, plaintiff asked for yet another extension of time or in the alternative that he be allowed to withdraw his complaint (Dkt. # 18).

ORDER

1  This case has languished for more than eight months. There is still not an acceptable
2  complaint on file. There will be no further extension of time. Plaintiff's motion to extend time is
3  **DENIED.**
4  Plaintiff's motion to withdraw his complaint is a dispositive motion. Dispositive motions
5  require a Report and Recommendation. The Report and Recommendation will be prepared.
6  The Clerk is directed to send plaintiff a copy of this Order.

8  DATED this 9 day of February, 2007.

  /S/ *J. Kelley Arnold*
10  J. Kelley Arnold
  United States Magistrate Judge

28  ORDER